# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 21-8402 MEMF (MRWx) | Date | September 1, 2022 |
|---|---|---|---|
| Title | Mintz v. Costco | | |

| Present:. | Hon. Michael R. Wilner, U.S. Magistrate Judge | |
|---|---|---|
| James Muñoz | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| None present | | None present |

**Proceedings:**     ORDER TO SHOW CAUSE

    1.    Plaintiff filed two discovery motions. (Docket # 27, 28.) Plaintiff noticed the motions for hearing with District Judge Frimpong. However, all discovery motions are to be heard by the assigned magistrate judge. (Docket # 5.)

    2.    Therefore, the hearing that was incorrectly set with Judge Frimpong is VACATED. Judge Wilner will hear the motions on <u>Wednesday, October 5, at 11 a.m.</u> Judge Wilner sits in Courtroom 550, Roybal Federal Courthouse, 255 E. Temple St., in downtown Los Angeles.

* * *

    3.    Additionally, the motions are not in the joint format mandated under the Local Rules. The motions are accompanied by a statement that indicates that Defendant failed to confer in accordance with this Court's Local Rule 37-1. (Docket # 27 at 10-11; # 28 at 11-12.)

    4.    A party's failure to file a required document within a deadline set by local rule or to cooperate in the submission of a joint discovery motion "may be deemed consent to the granting [ ] of the motion." Local Rule 7-12. Therefore, Defendant is ORDERED TO SHOW CAUSE for the failure to comply with the joint filing process <u>and</u> to submit a substantive response to the discovery motions by <u>September 9, at 12:00 p.m.</u> If the Court does not receive any submission, the motions will be granted as unopposed under local

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-8402 MEMF (MRWx) | Date | September 1, 2022 |
|---|---|---|---|
| Title | Mintz v. Costco | | |

rule without further proceedings. The Court will also award expenses to the moving party as required under Federal Rule of Civil Procedure 37(a)(5).[1]

---

[1] The requests from Plaintiff's lawyers for "sanctions" from the defense are poorly taken. Sanctions under Rule 37(d) are <u>not</u> mandatory as asserted. (Docket # 27 at 7.) Rather, the rule expressly states that a district court "<u>may</u>, on motion, order sanctions" for the specified discovery failures. (emphasis added.) The requests for monetary sanctions in the motion per Rule 37(d)(3) are duplicative of the cost-shifting procedure under Rule 37(a)(5). Finally, the requests for claim- or case-dispositive sanctions under Rule 37(b) are obviously premature; there's no court order in place yet that the defense failed to comply with.